1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9    VICTOR M. SIENZE,                    Case No.  19-cv-04279-JSW

10           Plaintiff,                   **ORDER TO SHOW CAUSE RE**
                                          **STATUS OF JUVENILE**
11       v.
                                          Re: Dkt. No. 60
12   COUNTY OF LAKE; BENJAMIN
     THOMAS MOORE, et al.,

13

14           Defendants.

15

16

17       On April 10, 2020, Defendants County of Lake and Sheriff's Deputy Benjamin Moore

18  (collectively "County") filed an administrative motion to secure the juvenile records for the

    decedent's son, J.S., in this matter.  The request was made in response to Plaintiff's request to be

19  appointed the guardian ad litem for J.S.  The County's request for the juvenile records was made

20  upon Plaintiff's representation in the record that the juvenile was in the "care and or supervision of

21  Lake County social services."  (Dkt. No. 31 at ¶ 4.)  Plaintiff, the grandfather of J.S., has

22  represented that although the decedent's parental rights were not terminated prior to his death, or

23  subsequently, and he has not been adopted, the minor child is "under the care of Lake County

24  Welfare Services."  (Dkt. No. 64-1, at ¶¶ 5-7.)

25       It is unclear to the Court whether J.S. is in the care and custody of his family, or is rather,

26  in the care, custody, or supervision of the County.  In order to formulate a resolution of the

27  pending administrative request for J.S.'s juvenile records from the County, the Court HEREBY

28

United States District Court
Northern District of California

ISSUES this order to show cause to Plaintiff to explain in detail the status of his minor grandson vis-à-vis the County, both factually and legally.  Plaintiff's written response must be filed by no later than May 4, 2020.

**IT IS SO ORDERED.**

Dated: April 28, 2020

JEFFREY S. WHITE
United States District Judge